**Exhibit A**

# ASSIGNMENT OF MORTGAGE

Dated as of: February 2̶1̶, 2021

FROM

NY TOWER CAPITAL LLC
as Assignor

having an office at:

33 West 60th Street, Suite 2-1

New York, New York 10023

TO

GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD

as Assignee

having an office at:

1688 Meridian Avenue, 7th Floor
Miami Beach, Florida 33139

LOCATION OF PREMISES:

BLOCK     3813
LOT       110
COUNTY    Kings
PREMISES  617 Sackman Street, Brooklyn, New York 11212

This instrument was prepared by, and after recording, please return by mail to:

WELTZ KAKOS GERBI WOLINETZ VOLYNSKY LLP
Attention: Gabriel M. Gerbi, Esq.
9889 S. Santa Monica Blvd., Suite 210
Beverly Hills, California 90212

# ASSIGNMENT OF MORTGAGE

This ASSIGNMENT OF MORTGAGE is made as of the ___ day of February 2021 by to **NY TOWER CAPITAL LLC**, a New York limited liability company having an address at 33 West 60th Street, Suite 2-1, New York, New York 10023 ("Assignor"), **GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD** having an address at 1688 Meridian Avenue 7th Floor, Miami Beach, Florida 33139 (together with its successors and assigns, "Assignee"), pursuant to that certain Mortgage Loan Purchase Agreement dated February 22, 2021 (as amended, modified, restated or supplemented from time to time, the "Purchase Agreement") between Assignor and Assignee.

In consideration of certain loans made by Assignee to Assignor pursuant to the Purchase Agreement, Assignor hereby assigns to Assignee the mortgage described on **Schedule I** attached hereto (the "Mortgage"), together with the note(s) described in the Mortgage and the moneys due and to become due thereon with interest, TO HAVE AND TO HOLD the same unto the Assignee and its successors and assigns, forever. The Mortgage affects premises known as 617 Sackman Street, Brooklyn, New York 11212, as more particularly described in said Mortgage.

The Assignor represents that there is now owing without offset or defense of any kind, the principal sum of $275,000.00 with interest due thereon at the rate of seven and one half (7.5%) percent per annum.

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

Assignee is not acting as a nominee of the mortgagor and the Mortgage being assigned continues to secure a bona fide obligation.

[CONTINUED ON NEXT PAGE]

IN WITNESS WHEREOF, the undersigned has executed this Assignment of Mortgage as of the date first written above.

**NY TOWER CAPITAL LLC**

By: _____
Name: Ed Gitlin
Title: Authorized Signatory

STATE OF New York )
                           ) ss.:
COUNTY OF New York )

On the 24 day of February, 2021 before me, the undersigned, personally appeared Edward Gitlin, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

EVGENI IATTCHENI
NOTARY PUBLIC, STATE OF NEW YORK
Identification No.: 02IA6346113
Qualified in New York County
My Commission Expires on August, 8 2022

# Schedule I
## (Mortgage)

Such Mortgage having been given to secure payment of $275,000, which Mortgage was recorded on February 27,2020 in the Office of the City Register of the City of New York, Kings County (the "City Register Office"), as CRFN 20200000075823 and assigned by NY Principal Funding Corp to Lending Assets Holding Corporation pursuant to an Assignment of Mortgage recorded on February 27, 2020 in the City Register Office as CRFN 2020000075826 as assigned by Lending Assets Holding Corporation to NY Tower Capital LLC pursuant to a Assignment of Mortgage recorded on January 1, 2021 in the City Register Office as 2021000026448 as assigned by NY Tower Capital LLC to Webster Business Credit Corporation pursuant to a Collateral Assignment of Mortgage recorded on January 1, 2021 in the City Register Office as 2021000026449 an d assigned by Webster Business Credit Corporation to NY Tower Capital LLC pursuant to a Collateral Assignment of Mortgage dated as of even date herewith.

# NOTE ALLONGE

Allonge to that certain note dated:   February 5, 2020

In the Amount of:   $275,000.00

From:   Precision Pro Contracting Services LLC

To:   NY Tower Capital LLC

Property:   617 Sackman Street, Brooklyn, New York 11212

Pay to the order of Green Mountain Holdings (Cayman) Ltd.

On the 25 day of February in the year 2021

**NY TOWER CAPITAL LLC**

By: _[signature]_
Name:   Ed Gitlin
Title:   Authorized Signatory