# RICHLAND & FALKOWSKI, PLLC
### ATTORNEYS AT LAW

| QUEENS COUNTY OFFICE: | ORANGE COUNTY OFFICE: | PHONE: (212) 390-8872 |
|---|---|---|
| 28-07 JACKSON AVE 5TH FL | 5 FAIRLAWN DRIVE, SUITE 204 | FAX: (212) 390-8873 |
| LONG ISL. CITY, NY 11101 | WASHINGTONVILLE, NY 10992 | EMAIL: drichland@rflegal.net |

August 5, 2022

Via Electronic Filing
Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

> RE: *Green Mountain Holdings (Cayman) Ltd. v. Precision Pro Contracting Services, LLC,* 21-cv-03287(WFK)(VMS)
> **Withdrawal of Motion to Compel Compliance with Suboenas Ad Testificandum and Duces Tecum directed to Ed Gitlin and NY Tower Fund Capital LLC**

Dear Magistrate Judge Scanlon:

     I represent Defendants/Third-Party Plaintiffs Melvin Turner and Precision Precision Pro Contracting Services LLC ("Borrower Defendants") in the above referenced action pending before you. Today, Mr. Borg contacted me about the outstanding Subpoenas to Gitlin and NY Tower Fund Capital LLC and it is my understanding compliance will be forthcoming. Accordingly, the Borrower Defendants hereby withdraw the Letter-Motion to Compel Compliance with Subpoenas Ad Testificandum and Duces Tecum directed to Ed Gitlin and NY Tower Fund Capital LLC, without prejudice to a future motion. I thank the Court for its kind consideration and attention to this matter.

Very truly yours,

Daniel H. Richland, Esq.