

**Stephen M. Forte, Esq.**
**Principal**
Stephen.Forte@OffitKurman.com

November 18, 2022

**Via ECF**
Magistrate Judge Vera M. Scanlon
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **Re:**    ***Green Mountain Holdings (Cayman) Ltd. v. Precision Pro Contracting Services,***
> ***LLC, and Melvin Turner, et. al*. (Case No.: 21-cv-03287(WFK)(VMS))**

Dear Magistrate Judge Scanlon:

      This firm is counsel for plaintiff, Green Mountain Holdings (Cayman) Ltd. ("**Plaintiff**"), in the above referenced matter. We write jointly with counsel for defendants, Precision Pro Contracting Services, LLC and Melvin Turner ("**Defendants**") and third-party defendants Truist Bank ("**Truist**") to provide an update in this matter pursuant to the Court's Order dated September 15, 2022 (the "**Order**").

      At the conference held on September 15, 2022, as memorialized by the Order, Your Honor directed that discovery would close on November 18, 2022, and for the parties to file a joint letter certifying its completion on or before such date.

      As between Plaintiff and Defendants, no further discovery remains outstanding between those parties and there is no outstanding non-party discovery relating to the direct action. With respect to the third-party action, on October 4, 2022, Defendants filed a motion to compel as against Truist. [Doc 51]. Thereafter, pursuant to the Court's October 12, 2022 Order, Truist filed opposition [Doc 53]. As such, the motion to compel was fully submitted and pending an Order from Your Honor.

      Thank you.

Respectfully,

Stephen Forte