UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD., | Docket No.: 1:21-cv-03287(WFK)(VMS) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| PRECISION PRO CONTRACTING SERVICES, LLC, MELVIN TURNER and JOHN DOE NO. 1 THROUGH JOHN DOE NO. XXX, | |
| Defendants, | |
| PRECISION PRO CONTRACTING SERVICES, LLC and MELVIN TURNER, | |
| Third-Party Plaintiffs, | |
| -against- | |
| TRUIST BANK, FIRST CLASS DISTRIBUTION INC., BRENDA CARMELA, WASIK VENTURES, ROB TRUCKING LLC, DOUGLAS WASIK, ANNA "DOE," BRENDA "DOE," ZAWDI "DOE," AND JOHN DOE NO. 1 THROUGH JOHN DOE NO. 99, | |
| Third-Party Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Green Mountain Holdings (Cayman) Ltd. in the above-entitled action. I am admitted or otherwise authorized to practice in this court.

Dated: February 22, 2023

*/s/ Danielle P. Light*
By: Danielle P. Light, Esq.
450 Seventh Street, Suite 1408
New York, New York 10123
*Counsel for Plaintiff*