Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com



**Stephen J. Steinlight**
212.704.6008
stephen.steinlight@troutman.com

September 18, 2023

<u>**Via ECF, EMAIL, AND Federal Express**</u>
Daniel H. Richland
Richland & Falkowski, PLLC
5 Fairlawn Drive, Suite 204
Washingtonville, NY 10992

Re: ***Green Mountain Holdings (Cayman) Ltd. v. Precision Pro Contracting Servs. LLC et al.,*** <u>**Case No.: 1:21-cv-03287-WFK-VMS**</u>

Dear Counsel:

As you know, we represent Third-Party Defendant Truist Bank ("<u>Truist</u>") in the above-referenced matter. Enclosed please find Truist's Motion for Summary Judgment (the "<u>Motion</u>") which consists of the following documents:

1. Truist's Notice of Motion for Summary Judgment;

2. Truist's Statement of Undisputed Material Facts Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1;

3. Truist's Memorandum of Law in Support of Motion for Summary Judgment;

4. Truist's Affidavit of Elaine J. Murray;

5. Truist's Certificate of Service.

Pursuant to the "bundling rule" as set forth in the Individual Practices of the Hon. William F. Kuntz II, U.S.D.C.J., each party shall electronically file their submissions on the Motion's return/submission date November 13, 2023.

Respectfully,

*s/ Stephen J. Steinlight*
Stephen J. Steinlight

163147643v1



cc:

Danielle Paula Light
Hasbani & Light, P.C.
450 Seventh Avenue, Suite 1408
New York, NY 10123
212-643-6677
Email: dlight@hasbanilight.com