

Danielle P. Light, Esq.
450 Seventh Ave, Suite 1901
New York, New York 10123
T. 212.643.6677
F. 347.491.4048
E. dlight@hasbanilight.com

November 10, 2025

**VIA CM/ECF**
The Honorable William F. Kuntz, II
U.S. District Court, Eastern District of New York
225 Cadman Plaza E
Brooklyn, NY 11201

  **RE:** *Green Mountain Holdings (Cayman) Ltd. v. Precision Pro Contracting Services, LLC et al.*
     **Case No.: 1:21-cv-03287**

Dear Judge Kuntz,

  We represent the plaintiff, Green Mountain Holdings (Cayman) Ltd. ("Plaintiff") in the above-referenced matter. We write to request a settlement conference in this matter.

  While there have been attempts to negotiate a settlement outside of court, those attempts have been unsuccessful. We believe that with Court intervention, settlement may be possible.

  We thank the Court for its time and consideration in this matter. Please do not hesitate to reach out with any questions or concerns

          Respectfully,

          **HASBANI & LIGHT, P.C.**

          */s/ Danielle P. Light*
          Danielle P. Light, Esq.
          Attorneys for *Plaintiff*
          Email: dlight@hasbanilight.com