UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEN MOUNTAIN HOLDINGS (CAYMAN) LTD., <br><br> Plaintiff, <br><br> v. <br><br> PRECISION PRO CONTRACTING SERVICES, LLC, MELVIN TURNER, and JOHN DOE NO. I THROUGH JOHN DOE NO. XXX, <br><br> Defendants. <br><br> PRECISION PRO CONTRACTING SERVICES, LLC, and MELVIN TURNER a/k/a MELVIN TURNER, JR., <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> TRUIST BANK, FIRST CLASS DISTRIBUTION INC., BRENDA CARMELA, WASIK VENTURES, ROB TRUCKING LLC, DOUGLAS WASIK, ANNA "DOE," BRENDA "DOE," ZAWDI "DOE," and JOHN DOE NO. 1 THROUGH JOHN DOE NO. 99, <br><br> Third-Party Defendants. | **ORDER** <br> 21-CV-3287 (WFK) (VMS) |

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the request for a settlement conference at ECF No. 79, the Court respectfully REFERS the parties to the Honorable Magistrate Judge Vera M. Scanlon to conduct settlement negotiations in the above-captioned case.

SO ORDERED

s/WFK
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: November 12, 2025
       Brooklyn, New York