RICHLAND & FALKOWSKI, PLLC
ATTORNEYS AT LAW

QUEENS COUNTY OFFICE:
28-07 JACKSON AVE 5TH FL
LONG ISL. CITY, NY 11101

ORANGE COUNTY OFFICE:
5 FAIRLAWN DRIVE, SUITE 204
WASHINGTONVILLE, NY 10992

PHONE: (212) 390-8872
FAX: (212) 390-8873
EMAIL: drichland@rflegal.net

July 23, 2026

Via Electronic Filing
Hon. William F. Kuntz, II
United States Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Green Mountain Holdings (Cayman) Ltd. v. Precision Pro Contracting Services, LLC, et al*
Case No.: 21-cv-03287(WFK)(VMS)
**Request to Reschedule the Date of Oral Argument**

Dear Judge Kuntz:

I represent Defendants/Third-Party Plaintiffs Precision Pro Contracting Services, LLC and Melvin Turner ("Defendants") in the above referenced action. I am presently scheduled to be in Maryland on August 17, 2026 for a personal, medical matter for one of my children. I anticipate returning from Maryland on August 19, 2026, assuming no complications.

My learned colleagues have both consented to this adjournment request. Additionally, Mr. Steinlight has advised me that he will be out of the country between September 1, 2026 and September 23, 2026.

If the Court can provide a new date for oral argument, it would be appreciated. I thank the Court for its kind consideration and attention to this matter.

Very truly yours,

Daniel H. Richland, Esq.