UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GREEN MOUNTAIN HOLDINGS 　　　　　　　　:
(CAYMAN) LTD., 　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff, 　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:　　**SCHEDULING ORDER**
　　　　v. 　　　　　　　　　　　　　　　　　　:　　21-CV-3287 (WFK) (VMS)
　　　　　　　　　　　　　　　　　　　　　　　　:
PRECISION PRO CONTRACTING SERVICES, :
LLC, MELVIN TURNER, and JOHN DOE NO. I :
THROUGH JOHN DOE NO. XXX, 　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants. 　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------------X
PRECISION PRO CONTRACTING SERVICES, :
LLC, and MELVIN TURNER a/k/a MELVIN 　:
TURNER, JR., 　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Third-Party Plaintiffs, 　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　v. 　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
TRUIST BANK, FIRST CLASS DISTRIBUTION :
INC., BRENDA CARMELA, WASIK 　　　　　:
VENTURES, ROB TRUCKING LLC, DONALD :
WASIK, ANNA "DOE," BRENDA "DOE," 　　:
ZAWDI "DOE," and JOHN DOE NO. I 　　　:
THROUGH JOHN DOE NO. 99, 　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Third-Party Defendants. 　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------------X
**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court is in receipt of Defendants/Third-Party Plaintiffs' Letter Motion to Adjourn the

oral argument at ECF No. 88. The motion is GRANTED.

The Court ADJOURNS the oral argument in the above-captioned action currently

scheduled for Monday, August 17, 2026, at 12:00 Noon, to Wednesday, October 14, 2026, at

12:00 Noon. Oral argument will proceed before the Honorable William F. Kuntz, II, in

Courtroom 6H North at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201.

SO ORDERED.

## s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: July 23, 2026
    Brooklyn, New York